Lisa S. Kantor - State Bar No. 110678
  E-mail: lkantor@kantorlaw.net
J. David Oswalt – State Bar No. 73439
  E-mail: doswalt@kantolaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff
Raquel F.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL F.,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, AND DOES 1-10,<br><br>    Defendants. | Case No.: 5:15-cv-00879-NC<br><br>[~~PROPOSED~~] **ORDER GRANTING REQUEST OF PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:  April 29, 2015<br>Time:         10:00 a.m.<br>Courtroom:  7, 4th floor |

  IT IS HEREBY ORDERED THAT J. David Oswalt, counsel for Plaintiff, may appear telephonically at the Initial Case Management Conference on April 29, 2015 at 10:00 a.m.  Counsel must be available beginning at 10:00 a.m. until called by the Court.

DATED:  April 24, 2015

              _____
              Honorable Nathanael M. Cousins
              United States Magistrate Judge

*GRANTED — Judge Nathanael M. Cousins*