UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL F.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 15-cv-00879-NC<br><br>**ORDER REGARDING SETTLEMENT**<br><br>Re: Dkt. No. 30 |

The Court acknowledges and thanks the parties for filing the Notice of Settlment. In light of the anticipated dismissal, the case management conference is continued from January 20 to March 9, 2016, at 10:00 a.m. The remaining court dates and deadlines remain in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: January 8, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-00879-NC