Lisa S. Kantor - State Bar No. 110678
 E-mail: lkantor@kantorlaw.net
J. David Oswalt – State Bar No. 73439
 E-mail: doswalt@kantolaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff
Raquel F.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL F.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, AND DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 5:15-cv-00879-NC<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. CV 15-cv-00879-NC is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED:  February 23, 2016       BY: _____
                                                          Honorable _____
                                                          United States _____

*[GRANTED stamp — Judge Nathanael M. Cousins, United States District Court, Northern District of California]*

ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(A)(1)